John Allen English
TDCJ# 01954437

83,971-01

michael Unit
2664 FM 2054
Tenn. Colony, Tx 75886

October 3, 2015

Clerk of the
Court of Criminal Appeals
12308 Capitol Station
Supreme Court Building
Austin, Tx 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 09 2015

Abel Acosta, Clerk

RE: Cause No. 32068A-CC
Ex Parte: John Allen English

Dear Clerk,

I am in receipt of a notification regarding the filing for Writ of Habeas Corpus; Persuant to the Texas Rule of Appellate Procedures 73.4(b)(4); There are no findings, hearings held, or orders signed by the judge.

There were no orders signed by a judge for a finding of facts and conclusions of law or for a hearing. I am requesting that my case be remanded back for a hearing.

Respectfully Submitted,

John English

John Allen English
TDCJ# 01954437